DOCUMENT ATTACHED IN ERROR

The document originally associated with this docket entry has been deleted.

Please see the docket entry text for further explanation